
RECEIVED
MAR 3 1 2006

RECEIVED
APR 2 8 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 02-20041-02<br>CIVIL ACTION NO. 05-1434 |
| VS. | JUDGE DOHERTY |
| ARTHUR J. GOINS | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Findings and Recommendation. After an independent review of the record and the objections filed by the parties, this Court concludes that the Findings and Recommendation of the magistrate judge are correct and this Court adopts the conclusions set forth therein.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Goins's motion to vacate, set aside or correct sentence is **DENIED AND DISMISSED WITH PREJUDICE.**

Lafayette, Louisiana this 28 day of April, 2006.

REBECCA F. DOHERTY
UNITED STATES DISTRICT COURT